## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, CENTER FOR FOOD SAFETY, SHY 38, INC., and HOPE SANCTUARY, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY COLYER, in his official capacity as Governor of Kansas, and DEREK SCHMIDT, in his official capacity as Attorney General of Kansas, <br><br> Defendants. | CASE NO. 2:18-CV-02657-KHV-JPO |

### PROOF OF SERVICE BY FEDERAL EXPRESS

The undersigned hereby states that a Summons and Complaint were served upon Governor Jeffrey Colyer by Federal Express return receipt delivery on December 4, 2018, and received on December 6, 2018, as evidenced by the true and correct copy of the return receipt attached hereto.

Respectfully submitted,

_____
Michael D. Moss, KS Bar #22624
FOLEY & MANSFIELD, PLLP
8575 W. 110th Street, Suite 306
Overland Park, KS 66210
913-232-8767
913-800-7238 (fax)
mmoss@foleymansfield.com
*Attorney for Plaintiffs*

Subscribed and sworn to before me in Johnson County, Kansas this 2nd day of January, 2019.

[Notary Seal: AMANDA ECK, My Appointment Expires June 15, 2020]

_____
Notary Public

My Commission Expires: 06/15/2020

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2019, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing on the following:

Dennis D. Depew
Deputy Attorney General
dennis.depew@ag.ks.gov
*Attorney for Defendants*

/s/ Michael D. Moss



December 14, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **784189096727**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Mailroom |
| Signed for by: | T. VARGAS | Delivery location: | 201 NW MACVICAR AVE<br>Topeka, KS 66612 |
| Service type: | FedEx 2Day | Delivery date: | Dec 6, 2018 12:03 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 784189096727 | Ship date: | Dec 4, 2018 |
| | | Weight: | 0.5 lbs/0.2 kg |

**Recipient:**
Governor Jeffrey Colyer
Office of the Governor
300 SW 10th Ave
STE 241S
Topeka, KS 66612 US

**Shipper:**
Foley & Mansfield
8575 E 110th St
STE 306
Overland Park, KS 66210 US

Thank you for choosing FedEx.