IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LAURA KELLY, in her official ) <br> Capacity as Governor of Kansas, and ) <br> DEREK SCHMIDT, in his official ) <br> Capacity as Attorney General of Kansas, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 18-2657-KHV-JPO |

## **NOTICE OF APPEAL**

Notice is hereby given that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the judgment of the district court, including the Memorandum and Order of April 3, 2020 granting Plaintiffs' motion to amend the memorandum order and judgment and for entry of a permanent injunction (Doc. 73), the Memorandum and Order of January 22, 2020 granting in part Plaintiffs' motion for summary judgment (Doc. 63), and such other orders and rulings as may be subsumed therein.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Arthur S. Chalmers
Arthur S. Chalmers, KS S. Ct. #11088
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-8426
Fax: (785) 291-3707
Email:  art.chalmers@ag.ks.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of May 2020, I electronically filed the above and foregoing with the Clerk of the Court using the Court's Electronic Filing System, which will send a notice of electronic filing to all counsel of record:

Amanda Howell
ahowell@aldf.org
David Muraskin
dmuraskin@publicjustice.net
George Kimbrell
gkimbrell@centerforfoodsafety.org
Kelsey Eberly
keberly@aldf.org
Matthew Liebman
mliebman@aldf.org
Michael Moss
mmoss@foleymansfield.com
Alan Chen
achen@law.du.edu
Justin Marceau
jmarceau@law.du.edu
Matthew Strugar
Matthew@matthewstrugar.com
*Attorneys for Plaintiff*

s/ Arthur S. Chalmers
Arthur S. Chalmers