IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 18-2657-KHV-JPO |
| LAURA KELLY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' BILL OF COSTS

Plaintiffs Animal Legal Defense Fund ("ALDF"), Center for Food Safety ("CFS"), Shy 38, Inc. ("Shy"), and Hope Sanctuary ("Hope") hereby respectfully submit this Memorandum in Support of Plaintiffs' Bill of Costs, pursuant to 28 U.S.C § 1920, F.R.C.P. 54(d)42, and Local Rule 54.1.[1] The requested Bill of Costs for $800.00 is appropriate because Plaintiffs prevailed on the merits of this case.

### Background and Procedural History

Final judgment in this matter was entered on April 3, 2020, when this Court entered a permanent injunction barring the enforcement of Kan. Stat. §§ 47-1827(b), 47-1827(c)(1), (c)(2), (c)3, and (c)(4), and 47-1827(d)(1),. *Animal Legal Def. Fund v. Kelly*, No. CV 18-2657-KHV, 2020 WL 1659855, at *3 (D. Kan. Apr. 3, 2020), Dkt. #73 ("*Kelly II*"). Thus, Plaintiffs are the prevailing party.

### Argument

---

[1] Plaintiffs have filed a separate Motion for Attorneys' Fees and Costs pursuant to 42 U.S.C. § 1988.

Plaintiffs seek to recover their costs under and costs under 28 U.S.C. § 1920. Specifically, Plaintiffs seek reimbursement for the $400 initial filing fee for this lawsuit and $400 for the pro hac vice fees for out-of-town lawyers who worked on the case, which fees were paid by local counsel's firm, Foley & Mansfield, PLLP. *See* Bill of Costs, Exhibit A (receipt for filing fee); Bill of Costs, Exhibit B (receipts for pro hac vice fees).  These costs are taxable to Defendants under 28 U.S.C. § 1920(1) ("A judge or clerk of any court of the United States may tax as costs the following: (1) Fees of the clerk and marshal"). Plaintiffs' counsel have previously attempted to negotiate attorneys' fees and costs with Defendants' counsel but were unable to come to an agreement.

For the foregoing reasons, Plaintiffs respectfully request that the Court award Plaintiffs' $800.00 in costs to be taxed to the Defendants.

Dated this 6th day of May, 2020

 /s/ Michael D. Moss
Michael D. Moss, KS Bar #22624
Foley & Mansfield, P.L.L.P.
10740 Nall Avenue, Suite 242
Overland Park, KS 66211
913-232-8767
913-800-7238 (fax)
mmoss@foleymansfield.com

Alan K. Chen (*Pro Hac Vice)*
University of Denver Sturm College of Law
(for identification only)
2255 E. Evans Avenue
Denver, CO 80208
(303) 871-6283
achen@law.du.edu

Justin Marceau (*Pro Hac Vice*)
Of Counsel, Animal Legal Defense Fund
University of Denver Sturm College of Law

(for identification only)
2255 E. Evans Avenue
Denver, CO 80208
(303) 871-6449
jmarceau@law.du.edu

Matthew Liebman
Kelsey Eberly
Amanda Howell
(*Pro Hac Vice*)
Animal Legal Defense Fund
525 East Cotati Avenue Cotati, CA 94931
(707) 795-2533
mliebman@aldf.org
keberly@aldf.org
ahowell@aldf.org

Matthew Strugar (*Pro Hac Vice)*
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
(213) 252-0091 (fax)
matthew@matthewstrugar.com


David S. Muraskin (*Pro Hac Vice)*
Public Justice, P.C.
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 861-5245
(202) 232-7203 (fax)
dmuraskin@publicjustice.net

George A. Kimbrell (*Pro Hac Vice*)
917 SW Oak St., Suite 300
Portland, OR 97205
(971) 271-7372
(971) 271-7374 (fax)
gkimbrell@centerforfoodsafety.org


Counsel for Plaintiffs

## Certificate of Service

I hereby certify that on this date, I electronically filed the with the Clerk of Court the following documents:

Plaintiffs' Memorandum in Support of Bill of Costs

Bill of Costs

Exhibit A, Receipt for Initial Filing Fee

Exhibit B, Receipts for Pro Hac Vice Fees

by using the CM/ECF system.

All participants in this case are registered CM/ECF users and will served by the CM/ECF system.

Date: May 6, 2020

/s/ Michael D. Moss