FILED
United States Court of Appeals
Tenth Circuit

May 3, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

ANIMAL LEGAL DEFENSE FUND; CENTER FOR FOOD SAFETY; SHY 38, INC.; HOPE SANCTUARY,

    Plaintiffs - Appellees,

v.

LAURA KELLY, in her official capacity as Governor of Kansas; DEREK SCHMIDT, in his official capacity as Attorney General of Kansas,

    Defendants - Appellants.

_____

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION; THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; ATLANTIC MEDIA, INC.; THE COLORADO FREEDOM OF INFORMATION COALITION; FIRST LOOK MEDIA WORKS, INC.; FREEDOM OF THE PRESS FOUNDATION; THE INTERNATIONAL DOCUMENTARY ASSOCIATION; THE INVESTIGATIVE REPORTING WORKSHOP; THE KANSAS INSTITUTE FOR GOVERNMENT TRANSPARENCY; THE KANSAS PRESS ASSOCIATION; THE KANSAS SUNSHINE COALITION FOR OPEN GOVERNMENT; THE MEDIA INSTITUTE; MEREDITH CORPORATION; MPA - THE ASSOCIATION OF MAGAZINE MEDIA; NATIONAL PRESS

No. 20-3082
(D.C. No. 2:18-CV-02657-KHV)
(D. Kan.)

| |
|---|
| PHOTOGRAPHERS ASSOCIATION; THE NEWS LEADERS ASSOCIATION; POLITICO LLC; RADIO TELEVISION DIGITAL NEWS ASSOCIATION; THE SOCIETY OF ENVIRONMENTAL JOURNALISTS; THE SOCIETY OF PROFESSIONAL JOURNALISTS; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF UTAH; ENRIQUE ARMIJO; ASHUTOSH BHAGWAT; ERWIN CHEMERINSKY; HEIDI KITROSSER; HELEN NORTON; JONATHAN PETERS; JOSEPH THAI; ALEXANDER TSESIS; REBECCA TUSHNET; UNITED FARM WORKERS OF AMERICA, <br><br>    Amici Curiae. |

_____

**ORDER**
_____

Before **HARTZ**, **MURPHY**, and **McHUGH**, Circuit Judges.
_____

This matter is before the court on: (1) *Appellees' Verified Bill to Tax Costs on Appeal*, in which they request an assessment of costs under Fed. R. App. P. 39 in the total amount of $104.25; and (2) appellants' response to the bill of costs.

Here, costs are appropriately taxed in favor of appellees for producing the court-required copies of their brief. *See* Fed. R. App. P. 39(a)(3). Accordingly, the court taxes costs in the amount of $104.25 in appellees' favor.

A copy of this order shall stand as a supplement to the mandate that was issued on September 10, 2021.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    by: Lisa A. Lee
        Counsel to the Clerk