UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

May 03, 2022

Mr. Timothy M. O'Brien
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue
Robert J. Dole U.S. Courthouse
Room 259
Kansas City, KS 66101-0000

**RE:**     **20-3082, Animal Legal Defense Fund, et al v. Kelly, et al**
           Dist/Ag docket: 2:18-CV-02657-KHV

Dear Clerk:

Please be advised that a supplemental mandate for this case issued today. The orders supplement the previously-issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Lauren Bonds
        Sharon Brett
        Dwight Carswell
        Alan K. Chen
        Kelsey R. Eberly
        Leah Farrell
        Jason M. Groth
        Joey Hipolito
        Lisa S. Hoppenjans

Brant M. Laue
Mario Martinez
Todd J. McNamara
John M. Mejia
Michael D. Moss
David Samuel Muraskin
Vanessa Tamara Shakib
Matthew Daniel Strugar
George Wiszynski
Steven David Zansberg

CMW/djd